IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-24-00405-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, et al., | |
| Defendants. | |

On August 19, 2024, Plaintiffs filed a Complaint challenging the United States Forest Service's September 19, 2023 Decision Notice and supporting documentation for the Chiricahua Public Access Project. (Doc. 1.) On October 10, 2024, the parties filed a Motion to Stay Proceedings until January 27, 2025, to allow time for negotiations over an easement for public access that might alter the scope of the Project or Plaintiffs' claims. (Doc. 9.) On January 13, 2025, the parties filed a Joint Motion to Set Deadlines. (Doc. 10.) In the Motion, the parties explain that they have decided to proceed with litigation because the timeline for resolution of the negotiations remains unclear. (Doc. 10.) They request that the Court (1) direct Defendants to answer or otherwise respond to Plaintiffs' Complaint on or before February 3, 2025, and (2) require the parties to submit a proposed litigation schedule for the remainder of this case. (*Id.* at 4.)

The Court will grant the parties' request to set a deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint. Once Defendants file their answer or other responsive pleading, the Court will issue an order setting a telephonic scheduling

1  conference. This order will include instructions for the parties to submit a Joint Report
2  with proposed deadlines for managing the remainder of the case.

3  **IT IS ORDERED** that the parties' Joint Motion to Set Deadlines (Doc. 10) is
4  **granted in part** as set forth above. Defendants shall answer or otherwise respond to
5  Plaintiffs' Complaint on or before **February 3, 2025**.

6  **IT IS FURTHER ORDERED** that the parties' Joint Motion to Stay (Doc. 9) is
7  **denied** as moot.

8  Dated this 16th day of January, 2025.

_____
Honorable Rosemary Márquez
United States District Judge