ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

EMMA HAMILTON, Trial Attorney
CA Bar No. 325360
Natural Resources Section
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Telephone: (202) 305-5689
Email: emma.hamilton@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*, ) | |
| ) | Case No.: 4:24-cv-405-RM |
| Plaintiffs, ) | |
| ) | **UNOPPOSED MOTION FOR** |
| v. ) | **A STAY IN LIGHT OF LAPSE OF** |
| ) | **APPROPRIATIONS** |
| U.S. Forest Service, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

1
2          The United States of America hereby moves for a stay of all deadlines in the

3    above-captioned case.

4          1.      At the end of the day on September 30, 2025, the appropriations act that

5    had been funding the Department of Justice expired and those appropriations to the

6    Department lapsed.  The same is true for the majority of other Executive agencies,

7    including Defendants.  The Department does not know when such funding will be

8    restored by Congress.

9          2.      Absent an appropriation, Department of Justice attorneys and most

10   employees of the Defendants are prohibited from working, even on a voluntary basis,

11   except in very limited circumstances, including "emergencies involving the safety of

12   human life or the protection of property."  31 U.S.C. § 1342.

13         3.      Undersigned counsel for the Department of Justice therefore requests a

14   stay of deadlines in this case until Congress has restored appropriations to the

15   Department.

16         4.      If this motion for a stay is granted, undersigned counsel will notify the

17   Court as soon as Congress has appropriated funds for the Department.  The Government

18   requests that, at that point, the parties jointly propose new dates for all remaining

19   litigation deadlines in the Court's August 18, 2025 Scheduling Order (ECF No. 23)

20   within seven days of the restoration of funding.

21         5.      Opposing counsel has authorized counsel for the Government to state that

22   Plaintiffs have no objection to this motion.

GOVERNMENT'S UNOPPOSED MOTION FOR STAY                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Therefore, although we greatly regret any disruption caused to the Court and the

other litigants, the Government hereby moves for a stay of all deadlines in this case until

Department of Justice attorneys are permitted to resume their usual civil litigation

functions.


Dated: October 1, 2025                    Respectfully Submitted,

                                          ADAM R.F. GUSTAFSON
                                          Acting Assistant Attorney General
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division

                                          */s/ Emma L. Hamilton*
                                          EMMA L. HAMILTON, Trial Attorney
                                          CA Bar No. 325360
                                          Natural Resources Section
                                          201 Third Street, NW, Suite 900
                                          Albuquerque, New Mexico 87102
                                          Email: emma.hamilton@usdoj.gov

                                          *Attorney for Defendants*

GOVERNMENT'S UNOPPOSED MOTION FOR STAY                                    3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 1, 2025, I filed the foregoing document

3

4

electronically through the CM/ECF system, which caused all parties or counsel of record

5

to be served by electronic means, as more fully reflected on the Notice of Electronic

6

Filing.

7

8

  */s/ Emma L. Hamilton*
  Emma L. Hamilton

9

  U.S. Department of Justice

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

GOVERNMENT'S UNOPPOSED MOTION FOR STAY                                4