**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-24-00405-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion for Relief from Settlement Status Report Requirement. (Doc. 51.) In the Joint Motion, the parties request that they be relieved from the requirement of filing Settlement Status Reports as set forth in the Court's March 17, 2025 Scheduling Order. (Doc. 16.) The Scheduling Order required the parties to file Settlement Status Reports beginning on September 1, 2025, and every thirty days thereafter. (*Id.*) The parties aver that good cause exists to cease filing Settlement Status Reports because they have in good faith explored possible avenues for settlement for nearly a year without success, and because briefing on the parties' cross-motions for summary judgment is now complete. (Doc. 51.)

Good cause appearing,

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the Joint Motion for Relief from Settlement Status Report Requirement (Doc. 51) is **granted**. The parties are **relieved** of the Settlement Status Report requirement set forth in the Court's March 17, 2025 Order.

Dated this 29th day of July, 2026.

Honorable Rosemary Márquez
United States District Judge